IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Zamora, Francisca | Case Number:  07 B 13978 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/20/08 | Filed:  8/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  May 2, 2008
Confirmed: September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,640.90 | |
| Secured: | | 2,000.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,323.08 |
| Trustee Fee: | | 317.82 |
| Other Funds: | | 0.00 |
| Totals: | 5,640.90 | 5,640.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,343.00 | 3,323.08 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | American General Finance | Secured | 0.00 | 0.00 |
| 6. | CarMax Auto Finance | Secured | 9,698.21 | 800.00 |
| 7. | Wells Fargo Financial Illinois Inc | Secured | 18,629.61 | 1,200.00 |
| 8. | Citi Residential Lending Inc | Secured | 3,328.38 | 0.00 |
| 9. | Internal Revenue Service | Priority | 5,043.91 | 0.00 |
| 10. | CarMax Auto Finance | Unsecured | 366.82 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 858.40 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 197.97 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 131.94 | 0.00 |
| 14. | Wells Fargo Financial Bank | Unsecured | 358.23 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 89.36 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 89.52 | 0.00 |
| 17. | Target National Bank | Unsecured | 22.69 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 1.70 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 93.02 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 4.60 | 0.00 |
| 21. | B-Real LLC | Unsecured | 205.59 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 52.88 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 28.19 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 40.75 | 0.00 |
| 25. | Charming Shoppes-Fashion Bug | Unsecured | 35.79 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Zamora, Francisca

Printed: 5/20/08

Case Number: 07 B 13978
Judge: Hollis, Pamela S
Filed: 8/3/07

| 26. | Credit First | Unsecured | 36.90 | 0.00 |
|---|---|---|---|---|
| | | | _____ | _____ |
| | | | $ 42,657.46 | $ 5,323.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 239.83 |
| 6.5% | 77.99 |
| | _____ |
| | $ 317.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____